UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL SOLOMAN MARTINEZ-HERNANDEZ,<br><br>        Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>        Respondent. | No. 24-2966<br><br>Agency No. A216-644-998<br><br>ORDER |

To proceed in this court, petitioner must pay a $600 filing fee or seek in forma pauperis status.

If petitioner does not pay the fees or file a motion to proceed in forma pauperis within 28 days of this order, the petition may be dismissed for failure to comply. *See* 9th Cir. R. 42-1.

The Clerk will serve a Form 4 financial affidavit on petitioner.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT