IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 24-2966

**DETAINED**

| | |
|---|---|
| DANIEL SOLOMAN MARTINEZ-HERNANDEZ,<br>      Petitioner<br><br>      vs.<br><br>GARLAND,<br><br>      Respondent. | Petition for Review<br>of an Immigration Matter |

CERTIFIED ADMINISTRATIVE RECORD

A216-644-998

**DETAINED**

INDEX

RECORD FILE – REMOVAL PROCEEDINGS

DANIEL SOLOMAN MARTINEZ-HERNANDEZ

A216-644-998

|  | Page |
|---|---|
| Decision of the Board of Immigration Appeals, April 26, 2024 | 1 |
| Pre-BIA Decision Information | 5 |
| Notice of Appeal to the Board of Immigration Appeals, December 20, 2023 | 68 |
| Post-Immigration Judge Decision Information | 74 |
| Oral Decision of the Immigration Judge, November 30, 2023 | 75 |
| Summary Order of the Immigration Judge, November 30, 2023 | 94 |
| Transcript of Hearing, September 19, 2023 | 98 |
| Transcript of Hearing, October 13, 2023 | 101 |
| Transcript of Hearing, October 17, 2023 | 108 |
| Transcript of Hearing, October 31, 2023 | 116 |
| Transcript of Hearing, November 07, 2023 | 120 |
| Transcript of Hearing, November 30, 2023 | 125 |
| Exhibit 6 | 160 |

Exhibit 5.................................................................................................................167

Exhibit 4.................................................................................................................172

Exhibit 3.................................................................................................................182

Exhibit 2.................................................................................................................216

Pre-Immigration Judge Decision Information .......................................................245

Exhibit 1.................................................................................................................262



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of Chief Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Re: DANIEL SOLOMAN MARTINEZ-HERNANDEZ

A216-644-998

I, Cam V. Nguyen, declare as follows:

1. I am employed as a Government Contractor by the Executive Office for the Immigration Review of the United States Department of Justice. I am authorized to certify the authenticity of copies of documents on file in the Office of the Immigration Judge, Las Vegas, Nevada.

2. The attached documents and media are true, correct and complete copies of the documents included in the Record of Proceeding to date, maintained in the above office on this case.

3. 0 Media was found in record.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: _____(signature)_____ on: 5/20/2024 (date)