UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DANIEL SOLOMAN MARTINEZ-
HERNANDEZ,

         Petitioner,

  v.

MERRICK B. GARLAND, Attorney
General,

         Respondent.

No. 24-2966

Agency No.
A216-644-998

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion to proceed in forma pauperis (Docket Entry No. 8) is granted.

    The response to the motion for a stay of removal remains due July 9, 2024.

    The opening brief is due July 29, 2024. The answering brief is due August

27, 2024. The optional reply brief is due within 21 days after service of the

answering brief.