**FILED**

JUN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL SOLOMAN MARTINEZ-HERNANDEZ,<br><br>          Petitioner,<br><br> v.<br><br>PAMELA BONDI, Attorney General,<br><br>          Respondent. | No. 24-2966<br><br>Agency No.<br>A216-644-998<br><br>ORDER |

    Pursuant to this court's May 5, 2025 order, Lydia C. Dal Nogare, Mikaela J. Koski, and Kari Hong, are hereby appointed to represent petitioner for purposes of this petition for review only. The clerk will amend the docket to reflect that Lydia C. Dal Nogare, Mikaela J. Koski, Upper Seven Law, P.O. Box 31, Helena, MT 59624, Email: lydia@uppersevenlaw.com, mikaela@uppersevenlaw.com, and Kari Hong, Florence Immigrant and Refugee Rights Project, P.O. Box 86299, Tucson, AZ 85754, Email: khong@firrp.org, are pro bono counsel of record for petitioner.

    The opening brief is due July 18, 2025. The answering brief is due August 18, 2025. The optional reply brief is due 21 days after the answering brief is served.

The Clerk will serve a copy of this order on petitioner individually.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT